# EXHIBIT A

| S NO | NAME OF DEBT COLLECTION COMPANY | DATE | TIME | FROM NUMBER |
|---|---|---|---|---|
| 1 | Commonwealth Financial Systems, d/b/a NCC | 5/19/2010 | 5.37 PM | 321-282-3439 |
| 2 | Commonwealth Financial Systems, d/b/a NCC | 5/20/2010 | 9.44 AM | 321-282-3439 |
| 3 | Commonwealth Financial Systems, d/b/a NCC | 5/21/2010 | 6.28 PM | 321-282-3439 |
| 4 | Commonwealth Financial Systems, d/b/a NCC | 5/28/2010 | 9.35 AM | 321-282-3439 |
| 5 | Commonwealth Financial Systems, d/b/a NCC | 5/28/2010 | 11.34 AM | 321-250-7031 |
| 6 | Commonwealth Financial Systems, d/b/a NCC | 5/31/2010 | 8.54 AM | 321-282-3439 |
| 7 | Commonwealth Financial Systems, d/b/a NCC | 6/1/2010 | 4.07 PM | 321-282-3439 |
| 8 | Commonwealth Financial Systems, d/b/a NCC | 6/3/2010 | 6.01 PM | 321-282-3439 |
| 9 | Commonwealth Financial Systems, d/b/a NCC | 6/7/2010 | 8.20 AM | 321-282-3439 |
| 10 | Commonwealth Financial Systems, d/b/a NCC | 6/8/2010 | 3.28 PM | 321-282-3439 |
| 11 | Commonwealth Financial Systems, d/b/a NCC | 6/9/2010 | 8.14 PM | 321-282-3439 |
| 12 | Commonwealth Financial Systems, d/b/a NCC | 6/10/2010 | 5.47 PM | 321-282-3439 |
| 13 | Commonwealth Financial Systems, d/b/a NCC | 6/17/2010 | 6.24 PM | 321-282-3439 |
| 14 | Commonwealth Financial Systems, d/b/a NCC | 6/18/2010 | 5.20 PM | 321-250-7031 |
| 15 | Commonwealth Financial Systems, d/b/a NCC | 6/22/2010 | 5.13 PM | 321-282-3439 |
| 16 | Commonwealth Financial Systems, d/b/a NCC | 6/23/2010 | 8.09 AM | 321-282-3439 |
| 17 | Commonwealth Financial Systems, d/b/a NCC | 6/24/2010 | 8.46 AM | 321-282-3439 |
| 18 | Commonwealth Financial Systems, d/b/a NCC | 6/28/2010 | 5.08 PM | 321-282-3439 |
| 19 | Commonwealth Financial Systems, d/b/a NCC | 7/12/2010 | 5:09 PM | 321-282-3439 |
| 20 | Commonwealth Financial Systems, d/b/a NCC | 7/15/2010 | 6:52 PM | 321-282-3439 |
| 21 | Commonwealth Financial Systems, d/b/a NCC | 7/15/2010 | 7:55 PM | 321-250-7031 |
| 22 | Commonwealth Financial Systems, d/b/a NCC | 7/20/2010 | 8:25 AM | 321-282-3439 |
| 23 | Commonwealth Financial Systems, d/b/a NCC | 7/20/2010 | 10:36 AM | 321-250-7031 |
| 24 | Commonwealth Financial Systems, d/b/a NCC | 8/9/2010 | 8:37 AM | 321-250-7031 |
| 25 | Commonwealth Financial Systems, d/b/a NCC | 8/11/2010 | 4:36 PM | 321-250-7031 |
| 26 | Commonwealth Financial Systems, d/b/a NCC | 8/12/2010 | 5:47 PM | 321-282-3439 |
| 27 | Commonwealth Financial Systems, d/b/a NCC | 8/17/2010 | 2:01 PM | 321-250-7031 |
| 28 | Commonwealth Financial Systems, d/b/a NCC | 8/17/2010 | 5:53 PM | 321-250-7031 |
| 29 | Commonwealth Financial Systems, d/b/a NCC | 8/18/2010 | 4:07 PM | 321-250-7031 |
| 30 | Commonwealth Financial Systems, d/b/a NCC | 8/19/2010 | 4:26 PM | 321-250-7031 |
| 31 | Commonwealth Financial Systems, d/b/a NCC | 8/19/2010 | 5:36 PM | 321-282-3439 |
| 32 | Commonwealth Financial Systems, d/b/a NCC | 8/25/2010 | 3:43 PM | 321-250-7031 |
| 33 | Commonwealth Financial Systems, d/b/a NCC | 8/26/2010 | 4:58 PM | 321-250-7031 |
| 34 | Commonwealth Financial Systems, d/b/a NCC | 8/27/2010 | 8:34 AM | 321-250-7031 |
| 35 | Commonwealth Financial Systems, d/b/a NCC | 8/27/2010 | 3:00 PM | 321-250-7031 |
| 36 | Commonwealth Financial Systems, d/b/a NCC | 8/28/2010 | 8:16 AM | 321-250-7031 |
| 37 | Commonwealth Financial Systems, d/b/a NCC | 8/28/2010 | 9:58 AM | 321-250-7031 |
| 38 | Commonwealth Financial Systems, d/b/a NCC | 8/30/2010 | 8:17 AM | 321-250-7031 |
| 39 | Commonwealth Financial Systems, d/b/a NCC | 8/30/2010 | 10:08 AM | 321-250-7031 |
| 40 | Commonwealth Financial Systems, d/b/a NCC | 8/30/2010 | 7:51 PM | 321-250-7031 |
| 41 | Commonwealth Financial Systems, d/b/a NCC | 9/1/2010 | 10:12 AM | 321-250-7031 |
| 42 | Commonwealth Financial Systems, d/b/a NCC | 9/2/2010 | 9:38 AM | 321-250-7031 |
| 43 | Commonwealth Financial Systems, d/b/a NCC | 9/2/2010 | 6:00 PM | 325-250-7031 |
| 44 | Commonwealth Financial Systems, d/b/a NCC | 9/3/2010 | 8:10 AM | 321-250-7031 |
| 45 | Commonwealth Financial Systems, d/b/a NCC | 9/7/2010 | 10:12 AM | 321-250-7031 |
| 46 | Commonwealth Financial Systems, d/b/a NCC | 9/8/2010 | 3:41 PM | 321-250-7031 |
| 47 | Commonwealth Financial Systems, d/b/a NCC | 9/9/2010 | 10:53 AM | 570-558-4148 |
| 48 | Commonwealth Financial Systems, d/b/a NCC | 9/9/2010 | 3:31 PM | 321-250-7031 |
| 49 | Commonwealth Financial Systems, d/b/a NCC | 9/11/2010 | 8:20 AM | 321-282-3439 |
| 50 | Commonwealth Financial Systems, d/b/a NCC | 9/14/2010 | 6.10 PM | 321-282-3439 |
| 51 | Commonwealth Financial Systems, d/b/a NCC | 9/14/2010 | 8.49 AM | 321-250-7031 |
| 52 | Commonwealth Financial Systems, d/b/a NCC | 9/15/2010 | 9.05 AM | 321-250-7031 |
| 53 | Commonwealth Financial Systems, d/b/a NCC | 9/15/2010 | 10.40 AM | 321-282-3439 |
| 54 | Commonwealth Financial Systems, d/b/a NCC | 9/15/2010 | 4.14 PM | 321-282-3439 |
| 55 | Commonwealth Financial Systems, d/b/a NCC | 9/16/2010 | 11.33 AM | 321-282-3439 |
| 56 | Commonwealth Financial Systems, d/b/a NCC | 9/21/2010 | 6.33 PM | 321-250-7031 |
| 57 | Commonwealth Financial Systems, d/b/a NCC | 9/21/2010 | 8.58 AM | 321-250-7031 |
| 58 | Commonwealth Financial Systems, d/b/a NCC | 9/22/2010 | 9.46 AM | 321-250-7031 |
| 59 | Commonwealth Financial Systems, d/b/a NCC | 9/22/2010 | 10.53 AM | 570-558-4148 |
| 60 | Commonwealth Financial Systems, d/b/a NCC | 9/23/2010 | 10.47 AM | 570-558-4148 |

| | | | | |
|---|---|---|---|---|
| 61 | Commonwealth Financial Systems, d/b/a NCC | 9/24/2010 | 9.09 AM | 570-558-4148 |
| 62 | Commonwealth Financial Systems, d/b/a NCC | 9/24/2010 | 4.50 PM | 321-250-7031 |
| 63 | Commonwealth Financial Systems, d/b/a NCC | 9/25/2010 | 8.41 AM | 321-250-7031 |
| 64 | Commonwealth Financial Systems, d/b/a NCC | 9/28/2010 | 2.40 PM | 570-558-4148 |
| 65 | Commonwealth Financial Systems, d/b/a NCC | 9/28/2010 | 5.23 PM | 570-558-4148 |
| 66 | Commonwealth Financial Systems, d/b/a NCC | 9/29/2010 | 8.38 AM | 321-250-7031 |
| 67 | Commonwealth Financial Systems, d/b/a NCC | 9/30/2010 | 10.46 AM | 321-282-3439 |
| 68 | Commonwealth Financial Systems, d/b/a NCC | 10/1/2010 | 8.44 AM | 321-282-3439 |
| 69 | Commonwealth Financial Systems, d/b/a NCC | 10/2/2010 | 11.43 AM | 321-250-7031 |
| 70 | Commonwealth Financial Systems, d/b/a NCC | 10/4/2010 | 6.10 PM | 570-558-4148 |
| 71 | Commonwealth Financial Systems, d/b/a NCC | 10/6/2010 | 8.43 AM | 570-558-4148 |
| 72 | Commonwealth Financial Systems, d/b/a NCC | 10/6/2010 | 9.21 AM | 321-250-7031 |
| 73 | Commonwealth Financial Systems, d/b/a NCC | 10/7/2010 | 8.39 AM | 321-282-3439 |
| 74 | Commonwealth Financial Systems, d/b/a NCC | 10/7/2010 | 5.40 PM | 321-250-7031 |
| 75 | Commonwealth Financial Systems, d/b/a NCC | 10/8/2010 | 2.38 PM | 321-250-7031 |
| 76 | Commonwealth Financial Systems, d/b/a NCC | 10/9/2010 | 8.48 AM | 321-250-7031 |
| 77 | Commonwealth Financial Systems, d/b/a NCC | 10/10/2010 | 7.00 PM | 321-282-3439 |
| 78 | Commonwealth Financial Systems, d/b/a NCC | 10/11/2010 | 5.55 PM | 570-558-4148 |
| 79 | Commonwealth Financial Systems, d/b/a NCC | 10/12/2010 | 9.00 AM | 321-282-3439 |
| 80 | Commonwealth Financial Systems, d/b/a NCC | 10/12/2010 | 8.53 PM | 321-282-3439 |
| 81 | Commonwealth Financial Systems, d/b/a NCC | 10/15/2010 | 2.54 PM | 321-250-7031 |
| 82 | Commonwealth Financial Systems, d/b/a NCC | 10/15/2010 | 3.10 PM | 570-558-4148 |
| 83 | Commonwealth Financial Systems, d/b/a NCC | 10/20/2010 | 3.28 PM | 570-558-4148 |
| 84 | Commonwealth Financial Systems, d/b/a NCC | 11/3/2010 | 2.18 PM | 321-250-7031 |
| 85 | Commonwealth Financial Systems, d/b/a NCC | 11/6/2010 | 11.14 AM | 321-250-7031 |