UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DANNY SCHOONOVER,

      Plaintiff,

     v.                                     **CASE NO.:** 8:11-cv-00147-JDW-TBM

COMMONWEALTH FINANCIAL
SYSTEMS, INC.,

      Defendant.
_____/

## NOTICE OF SETTLEMENT

    NOW COMES Plaintiff, DANNY SCHOONOVER ("Plaintiff"), by and through the undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 30 days.

    Plaintiff therefore requests that this Honorable Court vacate all dates currently set on calendar for the present matter.

DATED:  December 30, 2011           RESPECTFULLY SUBMITTED,

                                                             KROHN & MOSS, LTD.

                                    By: /s/ Shireen Hormodzi

                                           Shireen Hormodzi, Esq.
                                           Attorney for Plaintiff
                                           Krohn & Moss, Ltd.
                                           10474 Santa Monica Blvd., Suite 401
                                           Los Angeles, CA 90025
                                           Tel: (323) 988-2400 x 267
                                           Fax: (866) 385-1408
                                           Email: shormozdi@consumerlawcenter.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.


By:    /s/ Shireen Hormodzi

Shireen Hormodzi, Esq.
Attorney for Plaintiff
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: (323) 988-2400 x 267
Fax: (866) 385-1408
Email: shormozdi@consumerlawcenter.com