UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DANNY SCHOONOVER,

      Plaintiff,

      v.                    **CASE NO.:** 8:11-cv-00147-JDW-TBM

COMMONWEALTH FINANCIAL
SYSTEMS, INC.,

      Defendant.
_____/

### STIPULATION TO DISMISS CASE WITH PREJUDICE

Plaintiff, DANNY SCHOONOVER, and Defendant, COMMONWEALTH FINANCIAL SYSTEMS, INC., through their respective counsel, stipulate to dismiss the above-captioned action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with prejudice, each side to bear their own fees and costs.

DATED: February 29, 2012        RESPECTFULLY SUBMITTED,

                                    KROHN & MOSS, LTD.

                                    By: /s/ Shireen Hormozdi

                                    Shireen Hormozdi
                                    Krohn & Moss, Ltd
                                    10474 Santa Monica Blvd. Suite 401
                                    Los Angeles, CA 90025
                                    Tel: (323) 988-2400 x 267
                                    Fax: (866) 861-1390
                                    Email: shormozdi@consumerlawcenter.com
                                    Attorney for Plaintiff

///

///

1

///
DATED:  February 29, 2012				RESPECTFULLY SUBMITTED,

						GOLDEN & SCAZ, PLLC


					By: /s/  Dale T. Golden

						Dale T. Golden, Esquire
						GOLDEN & SCAZ, PLLC
						FBN: 0094080
						201 North Armenia Avenue
						Tampa, FL 33609
						Phone: 813-251-5500
						Fax: 813-251-3675
						Email: dale.golden@goldenscaz.com
						Attorney for Defendant

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party in this action. My business Address is 10474 Santa Monica Boulevard, Suite 401, Los Angeles, California 90025.

On February 29, 2012, I served the following documents: **STIPULATION TO DISMISS CASE WITH PREJUDICE**

On the parties listed below:

Dale T. Golden, Esquire　　　　　Attorneys for Defendant,
GOLDEN & SCAZ, PLLC　　　　COMMONWEALTH FINANCIAL
201 North Armenia Avenue　　　SYSTEMS, INC.
Tampa, FL 33609

By the following means of service:

[ ]　**BY ELECTRONIC SERVICE:** the documents above were delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service.

[ ]　**BY ELECTRONIC MAIL:** I transmitted the document(s) listed above electronically to the e-mail addresses listed above. I am readily familiar with the firm's Microsoft Outlook e-mail system, and the transmission was reported as complete, without error.

[X]　**BY MAIL:** I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X]　**FEDERAL:** I declare under penalty of perjury under the laws of California that the above is true and correct.

Executed on February 29, 2012, at Los Angeles, California.

By: /s/ Shireen Hormozdi

Shireen Hormozdi