UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DANNY SCHOONOVER,

    Plaintiff,

v.                                 CASE NO.: 8:11-cv-00147-JDW-TBM

COMMONWEALTH FINANCIAL
SYSTEMS, INC.,

    Defendant.
_____/

## ORDER GRANTING STIPULATION TO DISMISS CASE WITH PREJUDICE

IT IS HEREBY ORDERED that the parties' joint Stipulation to Dismiss Case with Prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), is GRANTED. Accordingly, the above-captioned matter is hereby dismissed with prejudice, each side to bear their own fees and costs.

IT IS SO ORDERED.

DATED: _March 7, 2012_

_____
Honorable Judge
United States District Judge

1